UNITED STATES of America, Plaintiff–Appellee,

v.

Karen Dawn DROULIA, also known as Dawn, Defendant–Appellant.

No. 05–30351.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 6, 2005.

John Francis Murphy, Stephen A. Higginson, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of

Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Bernard J. Bagert, Jr., Bagert Law Firm, New Orleans, LA, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Karen Dawn Droulia appeals the district court's pretrial detention order. The district court's decision rests upon its conclusion that Droulia has not rebutted the presumption that no condition or combination of conditions will reasonably assure her appearance as required. *See* 18 U.S.C. § 3142(e) & (f). The district court's conclusion is supported by the record. *See United States v. Rueben*, 974 F.2d 580, 586 (5th Cir.1992). Accordingly the district court's order is AFFIRMED. Droulia's motion for an expedited hearing is DENIED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

